

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Blanca Nieto,

\* From the 358th District
Court of Ector County,
Trial Court No. D-129810.

Vs. No. 11-13-00012-CV

\* January 30, 2014

Permian Basin Community Centers
for MHMR,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Bailey, J., and McCall, sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Blanca Nieto.